IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: _____

**RACHELLE HAMPTON WASHINGTON**,

    Plaintiff,

v.

**WALMART STORES, INC. d/b/a WALMART NEIGHBORHOOD MARKET #6178**,

    Defendant.

## DEFENDANT'S NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendant Walmart Stores, Inc. (properly known as Walmart Inc.) ("Walmart"), by and through its counsel, Katie B. Johnson and Lily E. Nierenberg, of Sutton | Booker | P.C., and pursuant to 28 U.S.C. §§ 1332, 1441, 1446, Fed. R. Civ. P. 81(c), and D.C.Colo.LCivR 81.1, hereby submits this Notice of Removal as follows:

1. On or about December 17, 2020, Plaintiff, Rachelle Hampton Washington ("Ms. Washington") filed her Complaint and Jury Demand in Denver County District Court, Colorado, Case No. 2020CV32451. The Complaint seeks recovery of damages from Walmart based on allegations of premises liability. *See generally* **Exhibit A**.

2. Any civil action brought in a state court of which the district courts of the United States have original jurisdiction may be removed by the defendant to the district court of the United States for the district and division embracing the place where such action is pending. 28 U.S.C. § 1441(a). The district courts of the United States have original jurisdiction of all actions between

the citizens of different states when the amount in controversy exceeds $75,000. 28 U.S.C. § 1332(a)(1).

3. Ms. Washington is a citizen of the State of Colorado. A LexisNexis Public Records Search for Plaintiff shows: Plaintiff's current address as 2101 Quince Street, Denver, Colorado 80207. **Exhibit J at 2;** *see also* **Exhibit A at 1, 5.** A Denver Property Taxation and Assessment search indicates Ms. Washington purchased this property in 1991. **Exhibit K.** Plaintiff is registered to vote in Colorado (and no other state), her voter registration status is "active" and she last voted in 2014. **Exhibit J at 5.**

4. Defendant is a citizen of the state of Arkansas and Delaware. **Exhibit B**.

5. Plaintiff states she seeks more than $100,000 in damages. **Exhibit C** at 2; *see also Paros Properties, LLC v. Colorado Cas. Ins. Co.,* 835 F.3d 1264, 1272 (10th Cir. 2016) ("There is no ambiguity in the [Civil Case] cover sheet.").

6. Therefore, as the diversity of citizenship and amount in controversy requirements are met, this Court has original jurisdiction of this matter. Accordingly, Plaintiff's action is properly removable to this Court pursuant to 28 U.S.C. § 1441(a).

7. This Notice of Removal is timely. Walmart was served with Plaintiff's Complaint and Jury Demand in this matter on January 7, 2021. *See* **Exhibit D**. Thus, Walmart's Notice of Removal is due February 8, 2021. 28 U.S.C. §1446(b)(1); Fed. R. Civ. P. 6.

8. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders that were served by the parties are attached as follows:

**Exhibit A**   Complaint and Jury Demand;

**Exhibit C**   District Court Civil (CV) Case Cover Sheet;

  **Exhibit D**  Return of Service;

  **Exhibit F**  Summons;

  **Exhibit G**  Answer and Jury Demand;.

  **Exhibit H**   Delay Reduction Order;

  **Exhibit I**  Register of Actions.

  9.  Undersigned counsel will promptly file a Notice of Intent to Remove with the District Court for the County of Denver pursuant to 28 U.S.C. § 1446(d). *See* **Exhibit E**.

  WHEREFORE, pursuant to this Notice of Removal and 28 U.S.C. § 1441, Defendant, Walmart, Inc. respectfully requests that this case be removed from the District Court for the City and County of Denver, that this Court take jurisdiction of and enter such further orders as may be necessary and proper for the continuation of this action, and that the Defendant be afforded such further relief as this Court deems just and appropriate.

  Respectfully submitted this 5th day of February, 2021.

    */s/   Lily E. Nierenberg*
    Katie B. Johnson
    Lily E. Nierenberg
    Sutton | Booker P.C.
    4949 S. Syracuse, Suite 500
    Denver, Colorado 80237
    Telephone:  303-730-6204
    Facsimile:   303-730-6208
    E-Mail:  kjohnson@suttonbooker.com
    E-Mail:  lnierenberg@suttonbooker.com
    ***Attorneys for Walmart Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of February, 2021, I electronically filed a true and correct copy of the above and foregoing Defendant's Notice of Removal with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    Jessica B. Prochaska
    Burg | Simpson | Eldredge | Hersh | Jardine PC
    40 Inverness Drive East
    Englewood CO  80112

                                      */s/   Tammy L. Hanks*
                                      *A duly signed original is on file at*
                                      *Sutton | Booker | P.C.*